Harold CHAISSON, Jr., Petitioner,

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 01–3311.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2001.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Michele A. BEAN, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 01–3363.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2001.

**ORDER**

Order Vacated, See 2001 WL 1685531.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.